UNITED STATES of America, Plaintiff—Appellee,

v.

Stacy WEEMS, Defendant—Appellant.

No. 01–50053.

D.C. No. CR–00–00883–AHM.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM**

Stacy Weems appeals the judgment of conviction and 5–month sentence imposed following his guilty plea to sale of a firearm to a felon in violation of 18 U.S.C. § 922(a)(1). His attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

---

Accordingly, we **GRANT** the motion to withdraw as counsel of record for appellant and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

